IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 17-3862 |
| LIBERTY MUTUAL INSURANCE, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 23rd day of May, 2018, upon consideration of Defendant Liberty Mutual Insurance Company's Motion for Partial Summary Judgment (Doc. No. 15) and Plaintiff's Response (Doc. No. 16), it is hereby **ORDERED** that the Motion is **GRANTED**. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on Count II (bad faith claim) of the Complaint.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**